THE HONORABLE ROSANNA MALOUF PETERSON

G. Joe Schwab, WSBA #6656
gjs@cslawteam.com
CALBOM & SCHWAB LAW GROUP PLLC
PO Drawer 1429
Moses Lake, WA  98837
Phone: 509-765-1851

Karen K. Koehler, WSBA #15325
karenk@stritmatter.com
Ray W. Kahler, WSBA #26171
ray@stritmatter.com
STRITMATTER KESSLER KOEHLER MOORE
3600 15th Avenue W., #300
Seattle, WA  98119
Phone 206-448-1777
Co-Counsel for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIO VELA, an individual,<br><br>Plaintiff,<br>vs.<br><br>SPUDNIK EQUIPMENT COMPANY LLC, an Idaho limited liability company,<br><br>Defendant. | NO.  2:19-cv-00079 RMP<br><br>NOTICE OF SETTLEMENT |

Plaintiff Julio Vela and Defendant Spudnik Equipment Company, LLC, respectfully notify the Court that they have reached an agreement in principle as to the key terms of an agreement to settle this matter and are in the process of finalizing settlement agreement language.  Now the parties intend to draft the

NOTICE OF SETTLEMENT - 1

settlement agreement within the next 30 days.  Once the parties have finalized and executed the settlement agreement, they will jointly file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41.

DATED this 15th day of June, 2021.

| | |
|---|---|
| /s/  Karen Koehler<br>Karen Koehler, WSBA #15325<br>arenk@stritmatter.com<br>Ray W. Kahler, WSBA #26171<br>ray@stritmatter.com<br>STRITMATTER KESSLER KOEHLER MOORE<br>3600 15th Avenue W., #300<br>Seattle, WA  98119<br>Telephone:  (206) 448-1777<br>Co-Counsel for Plaintiff | /s/  Matthew Wojcik<br>Matthew Wojcik, WSBA # 27918<br>matt.wojcik@bullivant.com<br>Lorianne Hanson, WSBA #53388<br>lorianne.hanson@bullivant.com<br>Brittany A. Madderra, WSBA #48514<br>brittany.madderra@bullivant.com<br>BULLIVANT HOUSER BAILEY PC<br>925 4th Ave., Suite 3800<br>Seattle, WA 98104<br>Telephone:  (206) 292-8930 |

G. JOE SCHWAB, WSBA #6656
CALBOM & SCHWAB
LAW GROUP PLLC
PO Drawer 1429
Moses Lake, WA  98837
Telephone:  (509)765-1851
email: gjs@cslawteam.com
Co-Counsel for Plaintiff

NOTICE OF SETTLEMENT - 2

STRITMATTER KESSLER
KOEHLER MOORE
3600 15TH AVE W, STE. 300, SEATTLE, WA 98119
P: 206-448-1777
F: 206-728-2131

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system and which specifically identifies recipients of electronic notice.

DATED this 15th day of June, 2021.

/s/  Anne Roberson
Anne Roberson
Paralegal to Karen Koehler
anner@stritmatter.com

NOTICE OF SETTLEMENT - 3

STRITMATTER KESSLER
KOEHLER MOORE
3600 15TH AVE W, STE. 300, SEATTLE, WA 98119
P: 206-448-1777
F: 206-728-2131