FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIO VELA, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SPUDNIK EQUIPMENT COMPANY, LLC, an Idaho limited liability company,<br><br>　　　　　Defendant. | NO: 2:19-CV-79-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulated Motion to Dismiss with Prejudice, ECF No. 97. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 97**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    4. All scheduled court hearings, if any, are **STRICKEN**.

2    **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

3    Order, enter judgment of dismissal with prejudice, provide copies to counsel, and

4    **close this case**.

5    **DATED** August 25, 2021.

6

7                                                    *s/ Rosanna Malouf Peterson*
                                                     ROSANNA MALOUF PETERSON
                                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER OF DISMISSAL WITH PREJUDICE ~ 2